UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HILAND PARK UNITED PENTECOSTAL CHURCH,

    Plaintiff,

v.

GUIDEONE ELITE INSURANCE COMPANY,

    Defendant.
_____/

FEDERAL COURT CASE NO:
STATE CASE NO.: 19001972CA

## NOTICE OF REMOVAL

**COMES NOW** Defendant, GuideOne Mutual Insurance Company ("GuideOne"), through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby files this short and plain statement of the grounds for removing this cause of action to the United States District Court for Northern District of Florida, Panama City Division, together with a copy of all process, pleadings, and orders served upon GuideOne in the state court case. In support thereof, GuideOne states the following:

### The Notice of Removal is Timely

1.    Plaintiff is incorporated in the State of Florida and Defendant is incorporated in the State of Iowa, its prinicipal place of business is in Iowa,

and it is authorized to do business in the State of Florida.

2. On June 4, 2019, Plaintiff, Hiland Park United Pentecostal Church sued GuideOne for breach of contract and requested a declaratory judgment. The lawsuit is pending in the Fourteenth Judicial Circuit, in and for Bay County, Florida. The state court case is Case No. 19-001972-CA.

3. GuideOne was served with the Petition for Declaratory Relief on June 13, 2019.

4. Copies of all process, pleadings, and orders served upon Defendant and such other papers as required by the local rules of court, are attached hereto as **Exhibit A**.

5. On June 24, 2019, counsel for Plaintiff sent a letter to GuideOne with a claim for damages in excess of $75,000.00. *See* **Exhibit B** attached hereto. Plaintiff's demand satisfies the amount in controversy required by 28 U.S.C. §1332, such that district courts have jurisdiction over the pending action.

6. This action is appropriate for removal because the claims could have originally been brought in federal court, in accordance with 28 U.S.C. §1441(a).

7. Attached as **Exhibit C** is a copy of the Certification of Notice of Removal, which will be filed by Defendant in the state court where this

action is pending.

8.  Attached as **Exhibit D** is a copy of the Notice of Removal to Opposing Counsel, which will be filed by Defendant in the state court where this action is pending.

WHEREFORE, Defendant, GUIDEONE ELITE INSURANCE COMPANY, respectfully requests that this Honorable Court exercise jurisdiction over this matter.

BUTLER WEIHMULLER KATZ CRAIG LLP

*/s/ Julius F. Parker, III*
KATHY J. MAUS, ESQ.
Florida Bar No.:  0896330
kmaus@butler.legal
JULIUS F. PARKER, III, ESQ.
Florida Bar No.:  0160857
jparker@butler.legal
Secondary:   apinnock@butler.legal
Mail Center: 400 N. Ashley Drive, Suite 2300
             Tampa, Florida  33602
Telephone: (850) 894-4111
Facsimile:  (850) 894-4999
*Attorneys for Defendant, Guideone Elite Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to:

    Steven M. Bush, Esq.
    Stephen T. Holman, Esq.
    The Bush Law Group, L.L.C.
    6622 Southpoint Drive S, Suite 190
    Jacksonville, FL  32216
    smbush@bushlawgroup.net; STH@Holmanfirm.com
    Secondary:  ADLane@BushLawGroup.net;
    KRDupries@BushLawGroup.net
    Attorneys For:  Petitioner

by ECF on July 3, 2019.

                                        */s/ Julius F. Parker, III*
                                        JULIUS F. PARKER, III, ESQ.